NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001064
05-JUN-2013
09:05 AM

NO. CAAP-12-0001064

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASSOCIATION OF APARTMENT OWNERS OF THE PINNACLE,
by its Board of Directors, Claimant-Appellee,
v.
THE PINNACLE HONOLULU, LLC, Respondent-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NOS. 11-1-0590 and 12-1-0239)

ORDER APPROVING THE MAY 21, 2013 STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the parties' May 21, 2013 stipulation to dismiss this consolidated appeal, and the record,

IT IS HEREBY ORDERED that the stipulation to dismiss this consolidated appeal is approved and this consolidated appeal is dismissed, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b). The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 5, 2013.

Chief Judge

Associate Judge

Associate Judge